```
                                            FILED
                                       2008 JUL 23 PM 3:44
                                       CLERK US DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY_____DEPUTY


                                       '08 CR 2413 - LAB
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| JAVIER GARCIA-ROSALES, | |
| Defendant. | |

The grand jury charges:

On or about June 24, 2008, within the Southern District of California, defendant JAVIER GARCIA-ROSALES, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that
//

CEK:em:San Diego
7/22/08



was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant JAVIER GARCIA-ROSALES was removed from the United States subsequent to April 22, 2001.

DATED: July 23, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney